1  Robert V. Garcia, SBN: 207418
   *DAMRELL, NELSON, SCHRIMP,*
2   *PALLIOS, PACHER & SILVA*
   1601 I Street, Fifth Floor
3  Modesto, CA 95354
   Telephone: (209) 526-3500
4  Facsimile:  (209) 526-3534

5  Attorneys for Defendant
   Mark Thomas Perez, Jr., as
6  Administrator

7
   LAURA L. GEIST  (SBN: 180826)
8  lgeist@gordonrees.com
   KELLY D. FAIR  (SBN: 245408)
9  kfair@gordonrees.com
   GORDON & REES LLP
10 275 Battery Street, Suite 2000
   San Francisco, CA  94111
11 Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
12
   Attorneys for Plaintiff
13 PACIFIC LIFE INSURANCE COMPANY

14
                    UNITED STATES DISTRICT COURT
15
                    EASTERN DISTRICT OF CALIFORNIA
16

17

| PACIFIC LIFE INSURANCE COMPANY | Case No. CIV 1:12-CV-01492-AWI |
|---|---|
| Plaintiff, | |
| vs. | **JOINT STIPULATED JUDGMENT AND [PROPOSED] ORDER TO RELEASE FUNDS** |
| MARK THOMAS PEREZ, JR., administrator of the ESTATE OF MARK THOMAS PEREZ, aka MARK T. PEREZ, aka MARK PEREZ, aka MARK THOMA PEREZ, Sr., and GAIL L. PEREZ, and Does 1-20 inclusive, | CTRM: #2 (8th Floor) |
| | **ANTHONY W. ISHII** |
| Defendants. | **U.S. CHIEF DISTRICT COURT JUDGE** |

*Damrell Nelson*
*Schrimp Pallios*
*Pacher & Silva*
A Professional
Corporation

**STIPULATION AND PROPOSED ORDER TO RELEASE FUNDS**

On September 12, 2012, Plaintiff PACIFIC LIFE INSURANCE COMPANY ("PACIFIC LIFE") filed a complaint for interpleader of insurance policy death benefits due and owing for Policy No. 1A22505160 (the "Policy")..  The complaint prayed for an order compelling Defendants GAIL L. PEREZ and MARK THOMAS PEREZ, JR to settle disputing claims regarding the respective rights to the Policy benefit proceeds.  The complaint also sought reasonable attorneys' fees and costs incurred by PACIFIC LIFE related to the filing of the interpleader complaint.

Defendant GAIL L. PEREZ acknowledges receipt of a copy of the Summons and Complaint and has admitted the jurisdiction of this Court over the subject matter of this action.

Defendant MARK THOMAS PEREZ, JR., administrator of the ESTATE OF MARK THOMAS PEREZ, aka MARK T. PEREZ, aka MARK PEREZ, aka MARK THOMAS PEREZ, SR., waived service of Summons, acknowledges receipt of a copy of the Summons and Complaint and has admitted the jurisdiction of this Court over the subject matter of this action.

On September 25, 2012, PACIFIC LIFE deposited the Policy benefits plus interest in the amount of $764,794.52 into the Registry of this Court (the "stake deposit").

On October 3, 2012, Defendant MARK THOMAS PEREZ, JR., administrator of the ESTATE OF MARK THOMAS PEREZ, aka MARK T. PEREZ, aka MARK PEREZ, aka MARK THOMAS PEREZ, SR., filed a NOTICE OF SETTLEMENT AND REQUEST FOR RELEASE OF FUNDS.

Defendant GAIL L. PEREZ has agreed that she is entitled to one-half of the policy proceeds, minus Plaintiff's reasonable attorney's fees/costs and Court costs.

Defendant MARK THOMAS PEREZ, JR., administrator of the ESTATE OF MARK THOMAS PEREZ, aka MARK T. PEREZ, aka MARK PEREZ, aka MARK THOMAS PEREZ, SR. has agreed that the estate is entitled to one-half of the policy proceeds, minus Plaintiff's reasonable attorney's fees/costs and Court costs.

*Damrell Nelson Schrimp Pallios Pacher & Silva*
A Professional Corporation

2
**STIPULATION AND PROPOSED ORDER TO RELEASE FUNDS**

Plaintiff PACIFIC LIFE INSURANCE COMPANY incurred attorneys' fees in the amount of $7,018.00 and costs in the amount of $811.30 in relation to filing this interpleader action, the reasonability of which is agreed upon by the parties. PACIFIC LIFE's attorney spent a total of 24.2 hours analyzing the dispute, reporting, effecting the stake deposit, negotiating settlement, and drafting and filing the interpleader complaint and related pleadings, which include the complaint, exhibits, summons, and civil coversheet; notice of stake deposit; motion for discharge and attorney declaration. PACIFIC LIFE's attorney's billable rate is $290 per hour, which the parties agree is a reasonable rate for an attorney practicing in the San Francisco Bay Area of California. PACIFIC LIFE incurred filing, service, and copying costs in the amount of $811.30, broken down as follows: $350.00 (complaint filing fee); $156.50 (courtesy copy hand-service to Court); $302.50 (service of complaint and summons on Gail L. Perez); $2.30 (in-house copying).

Below are the signatures of Defendant GAIL L. PEREZ, Defendant MARK THOMAS PEREZ, JR., administrator of the ESTATE OF MARK THOMAS PEREZ, aka MARK T. PEREZ, aka MARK PEREZ, aka MARK THOMAS PEREZ, SR., Plaintiff PACIFIC LIFE INSURANCE COMPANY, and its counsel, as to form only, confirming this Stipulation. The parties request this court release the stake deposit as follows: $378,482.61 payable to MARK T. PEREZ; $378,482.61 payable to GAIL L. PEREZ; $7,829.30 payable to PACIFIC LIFE INSURANCE COMPANY. The parties further request that the Court send stake deposit payments to the parties' respective counsel of record.

Respectfully submitted.

Dated: October 23, 2012         /S/ GAIL L. PEREZ_____
                                GAIL L. PEREZ, Defendant

Dated: October 23, 2012         /S/ MARK THOMAS PEREZ, JR.
                                MARK THOMAS PEREZ, JR.,
                                administrator of the ESTATE OF
                                MARK THOMAS PEREZ, aka
                                MARK T. PEREZ, aka MARK
                                PEREZ, aka MARK THOMAS
                                PEREZ, SR., Defendant

*Damrell Nelson Schrimp Pallios Pacher & Silva*
A Professional Corporation

Dated:  October 23, 2012                    /S/ KARI S. TURIGLIATTO
                                            PACIFIC LIFE INSURANCE
                                            COMPANY, Defendant

                                            KARI S. TURIGLIATTO
                                            By:  (print name)

                                            AVP, Counsel
                                            Title:


                                            GORDON & REES, LLP


Dated: October 23, 2012                     S/ KELLY D. FAIR
                                            By: Kelly D. Fair (as to form only)
                                            Attorneys for
                                            PACIFIC LIFE INSURANCE
                                            COMPANY, Plaintiff



                              DAMRELL, NELSON, SCHRIMP,
                                PALLIOS, PACHER & SILVA


Dated:  October 23, 2012                    By /S/ ROBERT B. GARCIA
                                                Robert V. Garcia
                                                Attorneys for Defendant
                                                MARK THOMAS PEREZ, JR.,
                                                administrator of the ESTATE OF
                                                MARK THOMAS PEREZ, aka
                                                MARK T. PEREZ, aka MARK
                                                PEREZ, aka MARK THOMAS
                                                PEREZ, SR., Defendant

*Damrell Nelson Schrimp Pallios Pacher & Silva*
A Professional Corporation

**STIPULATION AND PROPOSED ORDER TO RELEASE FUNDS**

4

Accordingly, based on the above Stipulation, it is:

ORDERED, ADJUDGED AND DECREED that:

1. Plaintiff PACIFIC LIFE INSURANCE COMPANY is released, discharged, and forever acquitted of any and all liability of any kind or nature whatsoever under the Policy or Plaintiff PACIFIC LIFE INSURANCE COMPANY handling and distribution of the Policy proceeds;

2. Defendants Mark Perez, Jr., and Gail Perez, and each of them, are permanently restrained and enjoined from instituting or prosecuting against Plaintiff PACIFIC LIFE INSURANCE COMPANY any suit, claim or proceeding, administrative or otherwise, in connection with the recovery of the Policy proceeds;

3. Plaintiff PACIFIC LIFE INSURANCE COMPANY is dismissed from this action with prejudice and shall recover its reasonable attorney's fees of $7,018.00 and costs of $811.30, to be paid from the interpled funds to its counsel of record;

4. The Clerk shall distribute the remainder of the interpled funds equally to Defendant GAIL L. PEREZ and Defendant MARK THOMAS PEREZ, JR., administrator of the ESTATE OF MARK THOMAS PEREZ, aka MARK T. PEREZ, aka MARK PEREZ, aka MARK THOMAS PEREZ, SR, to their counsel of record; and

5. The Clerk shall close this case.

IT IS SO ORDERED.

Dated:   October 25, 2012                    _____
                                              CHIEF UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Damrell Nelson*
*Schrimp Pallios*
*Pacher & Silva*
A Professional
Corporation

**STIPULATION AND PROPOSED ORDER TO RELEASE FUNDS**

6