Robert V. Garcia, SBN: 207418
*DAMRELL, NELSON, SCHRIMP,*
 *PALLIOS, PACHER & SILVA*
1601 I Street, Fifth Floor
Modesto, CA 95354
Telephone: (209) 526-3500
Facsimile: (209) 526-3534

Attorneys for Defendant
Mark Thomas Perez, Jr., as Administrator

LAURA L. GEIST  (SBN: 180826)
lgeist@gordonrees.com
KELLY D. FAIR  (SBN: 245408)
kfair@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Plaintiff
PACIFIC LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC LIFE INSURANCE COMPANY<br><br>            Plaintiff,<br><br>vs.<br><br><br>MARK THOMAS PEREZ, JR., administrator of the ESTATE OF MARK THOMAS PEREZ, aka MARK T. PEREZ, aka MARK PEREZ, aka MARK THOMA PEREZ, Sr., and GAIL L. PEREZ, and Does 1-20 inclusive,<br><br>            Defendants. | Case No.  CIV 1:12-CV-01492-AWI<br><br>**JOINT STIPULATED JUDGMENT AND [**~~PROPOSED~~**] ORDER TO RELEASE FUNDS**<br><br>CTRM: #2 (8th Floor)<br><br>**ANTHONY W. ISHII**<br>**U.S. CHIEF DISTRICT COURT JUDGE** |

On September 12, 2012, Plaintiff PACIFIC LIFE INSURANCE COMPANY ("PACIFIC LIFE") filed a complaint for interpleader of insurance policy death benefits due and owing for Policy No. 1A22505160 (the "Policy").. The complaint prayed for an order compelling Defendants GAIL L. PEREZ and MARK THOMAS PEREZ, JR to settle disputing claims regarding the respective rights to the Policy benefit proceeds.  The complaint also sought reasonable attorneys' fees and costs incurred by PACIFIC LIFE related to the filing of the interpleader complaint.

Defendant GAIL L. PEREZ acknowledges receipt of a copy of the Summons and Complaint and has admitted the jurisdiction of this Court over the subject matter of this action.

Defendant MARK THOMAS PEREZ, JR., administrator of the ESTATE OF MARK THOMAS PEREZ, aka MARK T. PEREZ, aka MARK PEREZ, aka MARK THOMAS PEREZ, SR., waived service of Summons, acknowledges receipt of a copy of the Summons and Complaint and has admitted the jurisdiction of this Court over the subject matter of this action.

On September 25, 2012, PACIFIC LIFE deposited the Policy benefits plus interest in the amount of $764,794.52 into the Registry of this Court (the "stake deposit").

On October 3, 2012, Defendant MARK THOMAS PEREZ, JR., administrator of the ESTATE OF MARK THOMAS PEREZ, aka MARK T. PEREZ, aka MARK PEREZ, aka MARK THOMAS PEREZ, SR., filed a NOTICE OF SETTLEMENT AND REQUEST FOR RELEASE OF FUNDS.

Defendant GAIL L. PEREZ has agreed that she is entitled to one-half of the policy proceeds, minus Plaintiff's reasonable attorney's fees/costs and Court costs.

Defendant MARK THOMAS PEREZ, JR., administrator of the ESTATE OF MARK THOMAS PEREZ, aka MARK T. PEREZ, aka MARK PEREZ, aka MARK THOMAS PEREZ, SR. has agreed that the estate is entitled to one-half of the policy proceeds, minus Plaintiff's reasonable attorney's fees/costs and Court costs.

1  Plaintiff PACIFIC LIFE INSURANCE COMPANY incurred attorneys' fees in the
2  amount of $7,018.00 and costs in the amount of $811.30 in relation to filing this interpleader
3  action, the reasonability of which is agreed upon by the parties. PACIFIC LIFE's attorney spent a
4  total of 24.2 hours analyzing the dispute, reporting, effecting the stake deposit, negotiating
5  settlement, and drafting and filing the interpleader complaint and related pleadings, which include
6  the complaint, exhibits, summons, and civil coversheet; notice of stake deposit; motion for
7  discharge and attorney declaration. PACIFIC LIFE's attorney's billable rate is $290 per hour,
8  which the parties agree is a reasonable rate for an attorney practicing in the San Francisco Bay
9  Area of California. PACIFIC LIFE incurred filing, service, and copying costs in the amount of
10 $811.30, broken down as follows: $350.00 (complaint filing fee); $156.50 (courtesy copy hand-
11 service to Court); $302.50 (service of complaint and summons on Gail L. Perez); $2.30 (in-house
12 copying).
13  Below are the signatures of Defendant GAIL L. PEREZ, Defendant MARK
14 THOMAS PEREZ, JR., administrator of the ESTATE OF MARK THOMAS PEREZ, aka MARK
15 T. PEREZ, aka MARK PEREZ, aka MARK THOMAS PEREZ, SR., Plaintiff PACIFIC LIFE
16 INSURANCE COMPANY, and its counsel, as to form only, confirming this Stipulation. The
17 parties request this court release the stake deposit as follows: $378,482.61 payable to MARK T.
18 PEREZ; $378,482.61 payable to GAIL L. PEREZ; $7,829.30 payable to PACIFIC LIFE
19 INSURANCE COMPANY.  The parties further request that the Court send stake deposit
20 payments to the parties' respective counsel of record.
21  Respectfully submitted.
22
23 Dated: October 23, 2012  /S/ GAIL L. PEREZ_____
                            GAIL L. PEREZ, Defendant
24
25 Dated: October 23, 2012  /S/ MARK THOMAS PEREZ, JR.
                            MARK THOMAS PEREZ, JR.,
26                          administrator of the ESTATE OF
                            MARK THOMAS PEREZ, aka
27                          MARK T. PEREZ, aka MARK
                            PEREZ, aka MARK THOMAS
28                          PEREZ, SR., Defendant

*Damrell Nelson*
*Schrimp Pallios*
*Pacher & Silva*
A Professional
Corporation

**STIPULATION AND PROPOSED ORDER TO RELEASE FUNDS**
3

| | |
|---|---|
| Dated:  October 23, 2012 | /S/ KARI S. TURIGLIATTO<br>PACIFIC LIFE INSURANCE<br>COMPANY, Defendant |
| | KARI S. TURIGLIATTO<br>By:  (print name) |
| | AVP, Counsel<br>Title: |
| | GORDON & REES, LLP |
| Dated: October 23, 2012 | S/ KELLY D. FAIR<br>By: Kelly D. Fair (as to form only)<br>Attorneys for<br>PACIFIC LIFE INSURANCE<br>COMPANY, Plaintiff |
| | DAMRELL, NELSON, SCHRIMP,<br>PALLIOS, PACHER & SILVA |
| Dated:  October 23, 2012 | By /S/ ROBERT B. GARCIA<br>    Robert V. Garcia<br>    Attorneys for Defendant<br>    MARK THOMAS PEREZ, JR.,<br>    administrator of the ESTATE OF<br>    MARK THOMAS PEREZ, aka<br>    MARK T. PEREZ, aka MARK<br>    PEREZ, aka MARK THOMAS<br>    PEREZ, SR., Defendant |

*Damrell Nelson*
*Schrimp Pallios*
*Pacher & Silva*
A Professional
Corporation

**STIPULATION AND PROPOSED ORDER TO RELEASE FUNDS**

Accordingly, based on the above Stipulation, it is:

ORDERED, ADJUDGED AND DECREED that:

1.   Plaintiff PACIFIC LIFE INSURANCE COMPANY is released, discharged, and forever acquitted of any and all liability of any kind or nature whatsoever under the Policy or Plaintiff PACIFIC LIFE INSURANCE COMPANY handling and distribution of the Policy proceeds;

2.   Defendants Mark Perez, Jr., and Gail Perez, and each of them, are permanently restrained and enjoined from instituting or prosecuting against Plaintiff PACIFIC LIFE INSURANCE COMPANY any suit, claim or proceeding, administrative or otherwise, in connection with the recovery of the Policy proceeds;

3.   Plaintiff PACIFIC LIFE INSURANCE COMPANY is dismissed from this action with prejudice and shall recover its reasonable attorney's fees of $7,018.00 and costs of $811.30, to be paid from the interpled funds to its counsel of record;

4.   The Clerk shall distribute the remainder of the interpled funds equally to Defendant GAIL L. PEREZ  and Defendant MARK THOMAS PEREZ, JR., administrator of the ESTATE OF MARK THOMAS PEREZ, aka MARK T. PEREZ, aka MARK PEREZ, aka MARK THOMAS PEREZ, SR, to their counsel of record; and

5.   The Clerk shall close this case.

IT IS SO ORDERED.

Dated:   October 25, 2012                         _____
                                                  CHIEF UNITED STATES DISTRICT JUDGE

|  |
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |
| 26 |
| 27 |
| 28 |

*Damrell Nelson*
*Schrimp Pallios*
*Pacher & Silva*
A Professional
Corporation

**STIPULATION AND PROPOSED ORDER TO RELEASE FUNDS**